## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SOUNDEXCHANGE, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-05491-DEH |
| | ) | |
| SIRIUS XM RADIO INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Todd Larson of the law firm Weil, Gotshal & Manges LLP, hereby enters his appearance as counsel for Defendant Sirius XM Radio Inc. in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: July 22, 2024

Respectfully submitted,

By: _/s/ Todd Larson_

Todd Larson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Telephone: (212) 310-8238
Facsimile: (212) 310-8007
Todd.Larson@weil.com

*Counsel for Defendant Sirius XM Radio Inc.*