UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC., ) <br> ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> SIRIUS XM RADIO INC., ) <br> ) <br>     Defendant. ) | No. 1:24-cv-05491-NRB <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, Crystal L. Weeks hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Sirius XM Radio Inc. ("Sirius XM") in the above-captioned action.

    I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 23, 2024                                Respectfully submitted,

                                                         By:  */s/ Crystal L. Weeks*

Crystal L. Weeks
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7100
Facsimile: (202) 857-0940
Crystal.Weeks@weil.com

Todd Larson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8238

1

Facsimile: (212) 310-8007
Todd.Larson@weil.com

*Counsel for Defendant Sirius XM Radio Inc.*