UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC., <br><br> Plaintiff <br><br> v. <br><br> SIRIUS XM RADIO INC., <br><br> Defendant. | No. 1:24-cv-05491-NRB <br><br> **DECLARATION OF CRYSTAL L. WEEKS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, CRYSTAL L. WEEKS, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm of Weil, Gotshal & Manges LLP.

2. I submit this declaration in support of the motion for my admission Pro Hac Vice in the above-captioned matter.

3. I am admitted to practice in the District of Columbia and request to appear as counsel for Defendant Sirius XM Radio Inc. in this proceeding. A copy of my Certificate of Good Standing is attached hereto.

4. I have never been and am not presently subject to any disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, or disbarred or denied readmission by any court.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2024                             Respectfully submitted,


                                            By:  */s/ Crystal L. Weeks*
                                            Crystal L. Weeks
                                            WEIL, GOTSHAL & MANGES LLP
                                            2001 M Street NW, Suite 600
                                            Washington, DC 20036
                                            Telephone: (202) 682-7516
                                            Facsimile: (202) 857-0940
                                            Crystal.Weeks@weil.com

                                            *Counsel for Defendant Sirius XM Radio Inc.*