UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v.   ) | No. 1:24-cv-05491-NRB |
| ) | |
| SIRIUS XM RADIO INC., ) | [PROPOSED] ORDER FOR |
| ) | ADMISSION PRO HAC VICE |
| Defendant. ) | |

The motion of Crystal L. Weeks, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia, and that her contact information is as follows:

Crystal L. Weeks
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7516
Facsimile: (202) 857-0940
Crystal.Weeks@weil.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Sirius XM Radio Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   July 25, 2024
         New York, New York

1