**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153
+1 212 310 8238 tel
+1 212 310 8007 fax

**Todd Larson**
+1 (212) 310-8238
Todd.Larson@weil.com

July 24, 2024

**VIA CM/ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *SoundExchange, Inc., v. Sirius XM Radio Inc.*, Case No. 1:24-cv-05491-NRB
**Consent Motion for Extension of Time to Answer**

Dear Judge Buchwald:

We represent Defendant Sirius XM Radio Inc. ("Sirius XM") in the above-referenced action, which has arrived at this Court on transfer from the Eastern District of Virginia following a July 15, 2024 ruling on Sirius XM's motion to dismiss, or in the alternative, to transfer venue. *See SoundExchange, Inc. v. Sirius XM Radio Inc.*, Case 1:23-cv-01083-PTG-JFA, ECF No. 33 (E.D. Va. July 15, 2024). Under Rule 12(a)(4)(A), the deadline for Sirius XM to serve its responsive pleading is July 29, 2024.

Pursuant to Federal Rule 6(b)(1), Local Civil Rules 5.2(b) and 7.1(d) of the United States District Courts for the Southern and Eastern Districts of New York, and Section 1(e) of the Court's Individual Rules and Practices in Civil Cases, Sirius XM respectfully requests a two-week extension of time to respond to Plaintiff's Complaint, until August 12, 2024. This is Sirius XM's first request for an extension. Sirius XM has conferred with Plaintiff's counsel about this request, and Plaintiff consents.

In light of the foregoing, Sirius XM respectfully requests that the Court set August 12, 2024, as the deadline for Sirius XM to respond to SoundExchange's Complaint.

```
Application granted.
So ordered.
                    [signature]
                    NAOMI REICE BUCHWALD
                    UNITED STATES DISTRICT JUDGE
Dated:     July 25, 2024
           New York, New York
```

**Weil, Gotshal & Manges LLP**

July 24, 2024
Page 2

Respectfully submitted,

By: _/s/ Todd Larson_

Todd Larson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Telephone: (212) 310-8238
Facsimile: (212) 310-8007
Todd.Larson@weil.com

Andrew S. Tulumello (*pro hac vice* forthcoming)
Crystal L. Weeks (pending admission *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7100
Facsimile: (202) 857-0940
Andrew.Tulumello@weil.com
Crystal.Weeks@weil.com

*Counsel for Defendant Sirius XM Radio Inc.*