UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC.<br><br>    Plaintiff,<br> v.<br>SIRIUS XM RADIO INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-05491-NRB-JEW<br>)<br>)<br>)<br>) |

**Motion to Admit Counsel Pro Hac Vice**

Pursuant to Local Civil Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Jeff Kane, respectfully move this Court for an Order for admission to practice pro hac vice to appear as counsel for Plaintiff SoundExchange, Inc. in the above-captioned action.

As set forth in my declaration, I am a member in good standing of the bars of Maryland and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission by any court. As required by Local Civil Rule 1.3(c), attached to this motion are certificates of good standing for me from the Maryland and District of Columbia Bars, each issued within the past 30 days, and a proposed order.

Dated: July 26, 2024

                Respectfully submitted,

                /s/ Jeff Kane
                Jeff Kane (Applicant)

                OPPENHEIM + ZEBRAK, LLP
                4530 Wisconsin Avenue NW, 5th Floor

Washington, DC 20016
Phone: 202-499-2940
jkane@oandzlaw.com

*Counsel for Plaintiffs*