**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOUNDEXCHANGE, INC. </br></br> Plaintiff, </br></br> v. </br></br> SIRIUS XM RADIO INC. </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:24-cv-05491-NRB-JEW </br> ) </br> ) </br> ) |

**Declaration of Jeff Kane in Support of**
**Motion to Admit Counsel Pro Hac Vice**

I, Jeff Kane, declare as follows:

1. I am an attorney in the law firm of Oppenheim + Zebrak, LLP, counsel for Plaintiff SoundExchange, Inc. in the above-captioned matter. I submit this declaration in support of my Motion to Admit Counsel Pro Hac Vice pursuant to Rule 1.3(c) of the Local Civil Rules of this Court.

2. I am a member in good standing of the Bars of Maryland and the District of Columbia. No disciplinary proceedings currently are pending against me. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

3. Attached hereto as Exhibit A are Certificates of Good Standing issued by the Bars of Maryland and the District of Columbia certifying that I am a member in good standing of those Bars.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 26th day of July 2024, in Washington, D.C.

Dated: July 26, 2024

Respectfully submitted,

Jeff Kane

District of Columbia
Signed and Sworn to (or affirmed) before me on 7/25/24 (Date)
by Jeff Kane
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: [signature]
Title of Office: Notary Public
My Commission Expires: June 30, 2028

2