UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC. | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) Civil Action No. 1:24-cv-05491-NRB-JEW |
| SIRIUS XM RADIO INC. | )<br>) |
| Defendant. | ) |

**[PROPOSED] Order To Admit Counsel Pro Hac Vice**

The motion of Jeff Kane ("Applicant") for admission to practice pro hac vice in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the Bars of Maryland and the District of Columbia and that his contact information is as follows:

> Jeff Kane
> Oppenheim + Zebrak, LLP
> 4530 Wisconsin Ave., NW, 5th Floor Washington, DC 20016
> T: (202) 499-2940
> jkane@oandzlaw.com

It is hereby **ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the U.S. District Court for the Southern District of New York. Attorneys appearing before this Court are subject to its Local Rules, including the rules governing discipline of attorneys.

It is SO ORDERED this 26th day of July, 2024.

_Naomi Reice Buchwald_
Naomi Reice Buchwald
United States District Judge

1