UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> SIRIUS XM RADIO INC., ) <br> ) <br> Defendant. ) | Case No. 1:24-cv-05491-NRB |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, I, Craig C. Reilly, a member of the law firm of Law Office of Craig C. Reilly, respectfully move this Court for leave to withdraw as counsel for Defendant Sirius XM Radio Inc. because I will no longer represent the company in this action.

Sirius XM Radio Inc. will continue to be represented in this action by Andrew Tulumello, Todd Larson, and Crystal Weeks of the law firm of Weil, Gotshal & Manges LLP, who have appeared as counsel of record.

My withdrawal as counsel of record for Sirius XM Radio Inc. will not result in prejudice or delay to any party, nor will it occasion a request for an extension of any deadlines in this action. I am not asserting a retaining or charging lien.

A proposed order is attached for the Court's convenience. In connection with the withdrawal, the Clerk of the Court is respectfully requested to remove my name from the CM/ECF service list for this matter.

Dated: August 5, 2024                                 Respectfully submitted,

By: _/s/ Craig C. Reilly_

Todd Larson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8238
Facsimile: (212) 310-8007
Todd.Larson@weil.com

Andrew S. Tulumello (admitted *pro hac vice*)
Crystal L. Weeks (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7100
Facsimile: (202) 857-0940
Drew.Tulumello@weil.com
Crystal.Weeks@weil.com

Craig C. Reilly
Law Office of Craig C. Reilly
209 Madison Street
Suite 501
Alexandria, Virginia 22314
T: (703) 549-5354
F: (703) 549-5355
E: craig.reilly@ccreillylaw.com