UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:24-cv-05491-NRB |
| ) | |
| SIRIUS XM RADIO INC., ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

HON. NAOMI REICE BUCHWALD, D.J.:

The motion of Craig C. Reilly for leave to withdraw as counsel for Defendant Sirius XM Radio Inc. is GRANTED.

Craig C. Reilly is hereby WITHDRAWN as counsel for Defendant Sirius XM Radio Inc. The clerk is directed to remove Craig C. Reilly's name from the CM/ECF service list for this matter.

Dated: August 6, 2024.

SO ORDERED.

*Naomi Reice Buchwald*
Hon. Naomi Reice Buchwald
United States District Judge