

Scott A. Zebrak
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.3758
Scott@oandzlaw.com

August 22, 2024

**VIA ECF**

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan United States Courthouse
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *SoundExchange, Inc. v. Sirius XM Radio Inc.*, No: 1:24-cv-5491 (S.D.N.Y.)
             Request for Extensions of Time

Dear Judge Buchwald:

      We represent Plaintiff SoundExchange, Inc. in the above-referenced action. In accordance with Federal Rule of Civil Procedure 6(b)(1), Local Civil Rules 5.2(b) and 7.1(d), and Section 1(e) of the Court's Individual Practices, we respectfully request a two-week extension of time, from September 3, 2024 to September 17, 2024, to respond to Defendant's Answer and Counterclaims. ECF No. 47.

      This is Plaintiff's first request for an extension of time to respond to Defendant's Answer and Counterclaims, and Defendant consents to this request. This request will not affect any other scheduled dates in the matter.

      Accordingly, Plaintiff respectfully requests that the Court extend the deadline to respond to Defendant's Answer and Counterclaims to September 17, 2024.

      Sincerely,

*/s/ Scott A. Zebrak*
Scott A. Zebrak
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Tel.: (202) 450-3758
Scott@oandzlaw.com

*Counsel for Plaintiffs*