UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SIRIUS XM RADIO INC., <br><br> *Defendant*. | Case No. 1:24-cv-05491-NRB <br><br> Hon. Naomi Reice Buchwald |

### SIRIUS XM'S SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT

On September 6, 2024, after this matter was filed in the United States District Court for the Eastern District of Virginia and transferred to the United States District Court for the Southern District of New York, Defendant Sirius XM Radio Inc., a Delaware corporation, was converted into Sirius XM Radio LLC, a Delaware limited liability company, under Delaware law. Sirius XM Radio LLC is a wholly owned subsidiary of Sirius XM Inc. Sirius XM Inc., in turn, is now a wholly owned subsidiary of Sirius XM Holdings Inc.

Pursuant to Local Rule 7.1, Sirius XM Radio LLC certifies that as of October 4, 2024, only John C. Malone and Berkshire Hathaway Inc. and its subsidiaries and affiliates, including its related insurance companies and pension plans, are each reported to be the beneficial owners of more than 5% of Sirius XM Holdings Inc.'s outstanding common stock. "Beneficial ownership" includes those shares a person owns, has the power to vote or transfer, or has the right to acquire within sixty days of the measurement date. This ownership information is based solely upon the information contained in a Schedule 13D and Schedule 13G filed with the United States Securities and Exchange Commission.

Dated: October 4, 2024                    Respectfully submitted,

By: _/s/ Todd Larson_

Todd Larson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8238
Facsimile: (212) 310-8007
Todd.Larson@weil.com

*Counsel for Defendant Sirius XM Radio Inc.*