**Weil, Gotshal & Manges LLP**

BY ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Todd Larson**
+1 (212) 310-8238
Todd.Larson@weil.com

October 11, 2024

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *SoundExchange Inc. v. Sirius XM Radio Inc.*, Case No. 1:24-cv-05491-NRB

Dear Judge Buchwald:

    We write on behalf of Defendant Sirius XM Radio LLC (the successor to Sirius XM Radio Inc.) ("Sirius XM") in response to the Court's September 12, 2024 order. ECF No. 52. As Plaintiff SoundExchange Inc. elected not to amend its complaint within two weeks of that order, the parties have conferred on a briefing schedule for Sirius XM's Motion for Judgment on the Pleadings ("12(c) Motion"). The parties have agreed on the following schedule for the 12(c) Motion:

| Filing | Deadline |
| --- | --- |
| Sirius XM Moving Brief | October 28 |
| SoundExchange Opposition Brief | November 26 |
| Sirius XM Reply Brief | December 18 |

    In light of the foregoing, the parties respectfully request that the Court enter the above schedule for Sirius XM's 12(c) Motion.

Dated: October 11, 2024

Respectfully submitted,

By: /s/ Todd Larson

Todd Larson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8238
Facsimile: (212) 310-8007
Todd.Larson@weil.com

*So Ordered*
Naomi Reice Buchwald, USDJ
October 17, 2024