**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOUNDEXCHANGE, INC.,<br>     *Plaintiff*,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br>     *Defendant*. | Case No. 1:24-cv-05491-NRB<br><br>Hon. Naomi Reice Buchwald |

**COUNTERCLAIM PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIMS WITHOUT PREJUDICE**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(c), Defendant and Counterclaim Plaintiff Sirius XM Radio LLC (the successor to Sirius XM Radio Inc.), respectfully submits this Notice voluntarily dismissing without prejudice its counterclaims against Plaintiff and Counterclaim Defendant SoundExchange, Inc. ("SoundExchange"). SoundExchange has not yet filed an answer to the counterclaims or other responsive pleading addressing them, nor has the Court conducted any hearing or trial on the counterclaims. Accordingly, by this Notice, the counterclaims may be and hereby are voluntarily dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i), 41(c).

**So ordered.**

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: October 23, 2024
    New York, New York

Dated: October 22, 2024

Respectfully submitted,

By: _/s/ Todd Larson_

Todd Larson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Telephone: (212) 310-8238
Facsimile: (212) 310-8007
Todd.Larson@weil.com

Andrew S. Tulumello (admitted *pro hac vice*)
Crystal L. Weeks (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7100
Facsimile: (202) 857-0940
Drew.Tulumello@weil.com
Crystal.Weeks@weil.com

*Counsel for Defendant Sirius XM Radio LLC*