UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-05491-NRB <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew S. Hellman, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for Plaintiff SoundExchange, Inc. in the above-captioned matter. In support of this motion, I state as follows:

1. I am a partner at Jenner & Block LLP, 1099 New York Avenue, NW, Washington, D.C. 20001, which represents SoundExchange in the above-captioned matter.

2. I am a member in good standing of the bar of the District of Columbia, to which I was admitted in 2003. The official or office maintaining the roll of the members of this bar is the District of Columbia Bar, 901 4th Street, NW, Washington, D.C. 20001.

3. No disciplinary proceedings are pending or proposed against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. Pursuant to Local Rule 1.3(c), attached to this Motion are a Declaration and a Certificate of Good Standing from the District of Columbia Bar.

1

Dated:  November 22, 2024

By: /s/   Matthew S. Hellman
Matthew S. Hellman
Jenner & Block LLP
1900 New York Avenue, NW
Washington, D.C. 20001
Tel: (202) 639-6861
Email: mhellman@jenner.com