UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-05491-NRB <br><br> **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Matthew S. Hellman, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of Jenner & Block LLP, 1900 New York Avenue, NW, Washington, D.C. 20001.

2. I submit this declaration in support of my motion for admission to appear as counsel *pro hac vice* to Plaintiff SoundExchange in the above-captioned case.

3. As shown in the attached Certificate of Good Standing, I am an active member in good standing of the State Bar of the District of Columbia (Ex. A).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

7. I respectfully request that I be admitted to practice before this Court in the above-captioned case.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and accurate to the best of my knowledge. Executed on November 22, 2024 in Washington, D.C.

By: /s/  Matthew S. Hellman  
Matthew S. Hellman  
Jenner & Block LLP  
1900 New York Avenue, NW  
Washington, D.C. 20001  
Tel: (202) 639-6861  
Email: mhellman@jenner.com