UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:24-cv-05491-NRB<br><br>**PROPOSED ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

The motion of Matthew S. Hellman for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is an active member in good standing of the State Bar of the District of Columbia and that his contact information is as follows:

> Matthew S. Hellman
> Jenner & Block LLP
> 1900 New York Avenue, NW
> Washington, D.C. 20001
> Tel: (202) 639-6861
> Email: mhellman@jenner.com

Having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff SoundExchange in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-entitled matter in the United States District Court for the Southern District of New York.

SO ORDERED:


Dated: _____, 2024        By: _____
　　　　　　　　　　　　　　　　　　　　Honorable Naomi Rice Buchwald
　　　　　　　　　　　　　　　　　　　　United States District Judge