UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-05491-NRB <br><br> **PROPOSED ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

The motion of Ruby C. Giaquinto for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is an active member in good standing of the State Bar of the District of Columbia and that her contact information is as follows:

Ruby C. Giaquinto,
Jenner & Block LLP
1900 New York Avenue, NW
Washington, D.C. 20001
Tel: (202) 639-6036
Email: rgiaquinto@jenner.com

Having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff SoundExchange in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-entitled matter in the United States District Court for the Southern District of New York.

SO ORDERED:

Dated: _____, 2024        By: _____
                                         Honorable Naomi Rice Buchwald
                                         United States District Judge