UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-05491-NRB <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew S. Hellman, respectfully move this Court for an order for admission to appear *pro hac vice* as counsel for Plaintiff SoundExchange, Inc. in the above-captioned matter. In support of this motion, I state as follows:

1. I am a partner at Jenner & Block LLP, 1099 New York Avenue, NW, Washington, D.C. 20001, which represents SoundExchange in the above-captioned matter.

2. I am a member in good standing of the bar of the District of Columbia, to which I was admitted in 2003. The official or office maintaining the roll of the members of this bar is the District of Columbia Bar, 901 4th Street, NW, Washington, D.C. 20001.

3. No disciplinary proceedings are pending or proposed against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. Pursuant to Local Rule 1.3(c), attached to this Motion are a Declaration and a Certificate of Good Standing from the District of Columbia Bar.

1

Dated: November 22, 2024

By: /s/ Matthew S. Hellman
Matthew S. Hellman
Jenner & Block LLP
1900 New York Avenue, NW
Washington, D.C. 20001
Tel: (202) 639-6861
Email: mhellman@jenner.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>　　　Defendant. | Civil Action No. 1:24-cv-05491-NRB<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Matthew S. Hellman, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of Jenner & Block LLP, 1900 New York Avenue, NW, Washington, D.C. 20001.

2. I submit this declaration in support of my motion for admission to appear as counsel *pro hac vice* to Plaintiff SoundExchange in the above-captioned case.

3. As shown in the attached Certificate of Good Standing, I am an active member in good standing of the State Bar of the District of Columbia (Ex. A).

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

7. I respectfully request that I be admitted to practice before this Court in the above-captioned case.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and accurate to the best of my knowledge. Executed on November 22, 2024 in Washington, D.C.

> By: /s/  Matthew S. Hellman
> Matthew S. Hellman
> Jenner & Block LLP
> 1900 New York Avenue, NW
> Washington, D.C. 20001
> Tel: (202) 639-6861
> Email: mhellman@jenner.com



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Matthew S Hellman

was duly qualified and admitted on November 14, 2003 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on November 22, 2024.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIRIUS XM RADIO, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-05491-NRB <br><br> ~~PROPOSED~~ ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE |

The motion of Matthew S. Hellman for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is an active member in good standing of the State Bar of the District of Columbia and that his contact information is as follows:

Matthew S. Hellman
Jenner & Block LLP
1900 New York Avenue, NW
Washington, D.C. 20001
Tel: (202) 639-6861
Email: mhellman@jenner.com

Having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff SoundExchange in the above-entitled matter, IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-entitled matter in the United States District Court for the Southern District of New York.

SO ORDERED:

Dated: November 25, 2024
       New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE