UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>    Defendant. | Civil Action No. 1:24-cv-05491-NRB<br><br>**NOTICE OF APPEARANCE** |

**NOTICE**

To the clerk of court and all parties of record: I am a partner at Jenner & Block LLP, and I am admitted *pro hac vice* to practice in this court. *See* Dkt. 66. I hereby appear in this case as counsel for plaintiff SoundExchange, Inc.

Dated: November 26, 2024

By: /s/ Matthew S. Hellman

Matthew S. Hellman
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
Tel: (202) 639-6000
Email: mhellman@jenner.com