AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SOUNDEXCHANGE, INC. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-5491 |
| SIRIUS XM RADIO, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Amici Curiae American Association of Independent Music, American Federation of Musicians of The United States And Canada, Recording Industry Association of America, And Screen Actors Guild – American Federation of Television And Radio Artists

Date: 12/10/2024

/s/ Adam B. Weiss
*Attorney's signature*

Adam B. Weiss, NY 4920856
*Printed name and bar number*

Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
*Address*

Adam.Weiss@mto.com
*E-mail address*

(213) 683-9273
*Telephone number*

*FAX number*