

**Oppenheim + Zebrak, LLP**

W A S H I N G T O N – N E W  Y O R K

Scott A. Zebrak
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.480-2999
scott@oandzlaw.com

December 12, 2024

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re: *SoundExchange, Inc. v. Sirius XM Radio Inc.*, 1:24-cv-05491-NRB**

Dear Judge Buchwald:

   We represent Plaintiff SoundExchange, Inc. ("SoundExchange") in the above-captioned action. We write in response to Defendant Sirius XM Radio Inc.'s ("Sirius") opposition, ECF No. 74, to the American Association of Independent Music, *et al.*'s ("Proposed *Amici*") letter motion requesting leave to file a brief as *amici curiae* in support of SoundExchange's opposition to Sirius's motion for judgment on the pleadings, ECF No. 72. Sirius requests that, if the Court grants the Proposed *Amici*'s request to file their brief, Sirius be given an additional 7 days to file its reply, and that it be permitted to file a reply of 15 pages, rather than the 10 pages permitted by Rule 2(D) of the Court's Individual Rules of Practice.

   Sirius did not confer with SoundExchange before making its requests. Typically, *amici* practice occurs without extensions of time or page limits to respond to *amici*. Sirius has addressed why it seeks some additional time. But Sirius has not explained why it needs to increase the page limit for its reply by 50 percent, especially in light of Sirius's position that "[t]he Proposed Amici Brief . . . makes heavily redundant legal arguments . . . ." ECF No. 74 at 2. Accordingly, SoundExchange consents to Sirius's request for additional time and takes no position on its request for additional pages.

         Respectfully Submitted,

         /s/ *Scott A. Zebrak*

         Scott A. Zebrak