UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SOUNDEXCHANGE, INC.,
                *Plaintiff*,

v.

SIRIUS XM RADIO INC.,
                *Defendant*.

Case No. 1:24-cv-05491-NRB

Hon. Naomi Reice Buchwald

## ATTORNEY DECLARATION OF TODD LARSON

I, Todd Larson, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am an attorney at the law firm of Weil, Gotshal & Manges LLP, counsel for the Defendant Sirius XM Radio LLC (the successor to Sirius XM Radio Inc.) ("Sirius XM"), in the above captioned matter. I submit this declaration in support of Sirius XM's Reply Memorandum Of Law In Support Of Its Motion For Judgment On The Pleadings, ECF No. 79. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of IRS Form 990, dated November 8, 2021 filed by SoundExchange, Inc.

3.    Attached hereto as **Exhibit B** is a true and correct copy of the American Association of Independent Music's letter dated May 23, 2014, submitted in response to the U.S. Copyright Office's March 17, 2014 Notice of Inquiry for its February 2015 published study titled "Copyright and the Music Marketplace."

4.      Attached hereto as **Exhibit C** is a true and correct copy of Ari Herstand's letter submitted in response to the U.S. Copyright Office's March 17, 2014 Notice of Inquiry for its February 2015 published study titled "Copyright and the Music Marketplace."

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 20, 2024, in New York, NY.



/s/ *Todd Larson*
Todd Larson