UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SOUNDEXCHANGE, INC.<br><br>  Plaintiff,<br>v.<br>SIRIUS XM RADIO INC.<br><br>  Defendant. | Civil Action No. 1:24-cv-05491-NRB<br><br>[~~Proposed~~] Order to Stay the Proceeding for ~~Ninety~~ **Forty-Five** Days |

The Court, having considered the Parties' Joint Request to Stay the Proceeding for ~~Ninety~~ **Forty-Five** Days, and good cause having been shown, hereby orders as follows:

1. This proceeding be stayed for ~~ninety (90)~~ **forty-five (45)** days from the date of entry of this Order to allow the parties to continue their settlement discussions.

2. If the settlement discussions result in a resolution, the Parties will promptly file an appropriate dismissal with the Court.

3. If discussions remain productive, but a resolution has not been reached within ~~90~~ **45** days, the Parties may jointly request an extension of the stay.

4. If the settlement discussions are not successful, the Parties will promptly notify the Court.

**IT IS SO ORDERED.**

Dated: May 23, 2025
  New York, New York

*/s/ Naomi Reice Buchwald*

NAOMI REICE BUCHWALD
United States District Judge