**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY ECF

**Todd Larson**
+1 (212) 310-8238
Todd.Larson@weil.com

July 7, 2025

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *SoundExchange Inc. v. Sirius XM Radio Inc.*, Case No. 1:24-cv-05491-NRB – Joint Status Letter Regarding Stay

Dear Judge Buchwald:

      Pursuant to the Court's May 23, 2025 Order granting the Parties' joint motion to stay the proceeding, ECF No. 82, the Parties write jointly to inform the Court that, despite their substantial efforts, including an all-day mediation, they were unable to reach resolution. Accordingly, neither party intends to seek an extension of the 45-day stay when it expires today.

Dated: July 7, 2025

      Respectfully submitted,

      By: /s/ Todd Larson

Todd Larson
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8238
Facsimile: (212) 310-8007
Todd.Larson@weil.com