**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Todd Larson**
+1 (212) 310-8238
Todd.Larson@weil.com

BY ECF

July 7, 2025

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *SoundExchange Inc. v. Sirius XM Radio Inc.*, Case No. 1:24-cv-05491-NRB – Letter re: Recent Certiorari Grant in *FS Credit Opps. Corp. v. Saba Cap. Master Fund, Ltd.*, No. 24-345

Dear Judge Buchwald:

We write on behalf of Defendant Sirius XM Radio LLC ("Sirius XM") to alert the Court to a recent development bearing on Sirius XM's pending motion for judgment on the pleadings. ECF No. 61. Plaintiff SoundExchange, Inc.'s opposition to that motion relies heavily on *Oxford University Bank v. Lansuppe Feeder, LLC*, 933 F.3d 99 (2d Cir. 2019), where the Second Circuit recognized an implied private right of action in Section 47(b) of the Investment Company Act ("ICA"). *See* ECF No. 70 at 2, 7, 10, 11, 22, 23, and 24. On June 30, the Supreme Court granted certiorari in *FS Credit Opportunities Corp. v. Saba Capital Master Fund, Ltd.*, No. 24-345, to assess whether *Oxford* was correctly decided. *See* 2025 WL 1787708 (June 30, 2025).

The Court's grant followed a brief by the U.S. Solicitor General urging review because "the Second Circuit erred . . . in *Oxford*" by finding an implied right of action in Section 47(b) of the ICA. Brief for the United States as Amicus Curiae, *FS Credit Opps. Corp. v. Saba Cap. Master Fund, Ltd.*, 2025 WL 1533746, at *8. The decision under review in *FS Credit Opportunities* applied *Oxford* as binding precedent, and the grant calls into question *Oxford*'s continuing validity.

Dated: July 7, 2025                                    Respectfully submitted,

                                                        By:  /s/ Todd Larson

                                                        Todd Larson
                                                        WEIL, GOTSHAL & MANGES LLP
                                                        767 Fifth Avenue
                                                        New York, NY  10153
                                                        Telephone: (212) 310-8238
                                                        Facsimile: (212) 310-8007
                                                        Todd.Larson@weil.com