**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SOUNDEXCHANGE, INC.,

                Plaintiff,

   -against-                                    24 **CIVIL** 5491 (NRB)

                                             **JUDGMENT**

SIRIUS XM RADIO INC.,

                Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 7, 2025, we conclude that Section 114 fails to confer on SoundExchange -– either expressly or impliedly -- the authority to commence a legal action. As such, the Court has granted Sirius's motion for a judgment on the pleadings and has dismissed SoundExchange's complaint; accordingly, the case is closed.

**Dated:**  New York, New York

      August 8, 2025

                                                    **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                                 **BY:**      K. Mango

                                                     **Deputy Clerk**