## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDEXCHANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-05491-NRB |
| | ) |
| SIRIUS XM RADIO INC. | ) |
| | ) |
| Defendant. | ) |

### SoundExchange, Inc.'s Notice of Appeal

Notice is hereby given that Platiniff SoundExchange, Inc. in the above-named case appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on August 8, 2025 dismissing SoundExchange's Complaint (ECF No. 87), together with all underlying orders, rulings, and findings merged therein, including but not limited to the Memorandum and Order dated August 8, 2025 (ECF No. 86) granting Defendant Sirius XM Radio Inc.'s Motion for Judgment on the Pleadings.

Dated: September 5, 2025

Respectfully submitted,

/s/ Scott A. Zebrak

Matthew S. Hellman (*pro hac vice*)
Ruby C. Giaquinto (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, D.C. 20001
Tel: 202-639-6000
mhellman@jenner.com
rgiaquinto@jenner.com

Scott A. Zebrak (Bar No. 5620125)
Corey Miller (Bar No. 4967709)
Jeff Kane (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, Fifth Floor
Washington, DC 20016
Tel: 202-480-2999
scott@oandzlaw.com
corey@oandzlaw.com
jkane@oandzlaw.com

*Attorneys for Plaintiff*